COMMONWEALTH OF KENTUCKY
FAYETTE CIRCUIT COURT
CIVIL DIVISION 5th
CASE NO. 05-CI-2740

FILED AND ENTERED
ATTEST. WILMA F. LYNCH, CLERK
JUN 2 2 2005
FAYETTE CIRCUIT CLERK
BY _____ DEPUTY

NORREASHA GILL                                             PLAINTIFF

vs.                        **COMPLAINT**

CUMULUS MEDIA, INC.                                        DEFENDANT

*************************

1. On or about the 25th day of May, 2005, defendant operated a radio station, WLTO-FM (Hot102) in Lexington, Kentucky. Said radio station is owned and operated by Cumulus Media Inc. Its offices are located at the Central Bank Building, 300 West Vine Street. 3rd floor.

2. On such date, an on air personality known as "DJ Slick", controlled the broadcast from approximately 8:00 p.m. to 10:00 p.m.

3. Said DJ Slick, was the agent of Cumulus Media Inc. and WLTO-FM (Hot102), authorized to conduct on-air contests and give away prizes.

4. A reasonable listener would have believed DJ Slick was the agent of Cumulus Media Inc. and WLTO-FM (Hot102), authorized to conduct on-air contests and give away prizes.

5. On or about the 25th day of May, 2005 said DJ Slick announced a contest in which Cumulus Media Inc. and WLTO-FM (Hot102) would give "100 Grand" to the 10th caller.

6. Said DJ Slick spoke of the "100 Grand" in such a manner as to lead a reasonable listener to falsely believe the prize for the contest was $100,000. Plaintiff reasonably believed she would receive $100,000 if she were the 10th caller.

7. In truth and in fact the said DJ Slick, knew the prize was not $100,000, but a "100 Grand" candy bar.

1



8. Said false representations were made with intent then and there to cheat, defraud, and play a malicious joke upon plaintiff before the entire listening audience due to her reasonable reliance upon the on air representations of DJ Slick.

9. Relying on the representations of DJ Slick, plaintiff Norreasha Gill was induced to call the radio station, and was the 10th caller. Plaintiff was told on air by DJ Slick, she had won "100 Grand."

10. Plaintiff Norreasha Gill reasonably believed she had entered into a contract wherein she was to receive $100,000 in consideration for being the 10th caller.

11. Pursuant to DJ Slick's instructions, Plaintiff went to the Central Bank building the next day to receive her prize. She subsequently discovered she would not then receive the money for which she had contracted and reasonably believed she had contracted.

12. Plaintiff was subsequently informed by an executive of WLTO-FM (Hot102) that the contest was a "joke" and the she would not receive the funds for which she had contracted or reasonably believed she had contracted.

13. By reason of the above false representations, plaintiff has suffered damage of $100,000 due to defendant's breach of contract. Plaintiff requests enforcement of said contract.

14. By reason of the defendant's fraud, defendant is liable to plaintiff for punitive damages under KRS 411.184 through KRS 411.186.

WHEREFORE, plaintiff demands judgment against defendant for $100,00, plus interest, punitive damages, her costs herein, a trial by jury, and all other proper relief.

## VERIFICATION

I, Norreasha Gill, after first being sworn, do verify under oath that those matters set out for which I have personal knowledge are true, and those matters that are not within my personal knowledge, I believe to be true.

*Norreasha Gill*
NORREASHA GILL

Subscribed and sworn to before me by Norreasha Gill this 20th day of June 2005.

STATE OF KENTUCKY
COUNTY OF FAYETTE
I, Wilma F. Lynch, Clerk of the
Circuit Court for the County and
State aforesaid, do hereby certify
that the foregoing is a true and
correct copy as same appears of
record and remains on file in my
office.
Witness my hand and seal this ___ day
of July 13, 2005.

Wilma F. Lynch, Clerk
by Tammy D. Couch, D.C.

NOTARY PUBLIC
KENTUCKY STATE AT LARGE
Commission Expires: December 20, 2005.

LEE VAN HORN
ATTORNEY FOR PLAINTIFF
206 Lexington Building
201 West Short Street
Lexington, Kentucky 40507
Telephone: 859-254-7730

3

| AOC-105 Doc. Code: CI<br>Rev. 5-03<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice    www.kycourts.net<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. 05-CI-_____<br>Court    [X] Circuit [ ] District<br>County    Fayette |
|---|---|---|

NORREASHA GILL                                                                                          **PLAINTIFF**

VS.

CUMULUS MEDIA, INC.                                                                                **DEFENDANT**

Service of Process Agent for Defendant:

_____CT CORPORATION SYSTEM,_____

_____KY. Home Life Building_____

_____Louisville, Ky. 40202_____

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** and filed in the Clerk's Office within 20 days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: ____JUN 2 2 2005____ 2___

WILMA F. LYNCH, CLERK
FAYETTE CIRCUIT COURT
FAYETTE COUNTY
120 N. LIMESTONE STREET C103
LEXINGTON, KENTUCKY 40507

_____Clerk

By: _____Connie Self_____D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

Served by: _____

_____Title

Automatic Judge Selection for: Fayette Circuit Court - Civil Cases (Select*6)
Requestor:
Reference/Case: 05-CI-2740   CS

      This Case is assigned to 5th Division

          Judge Mary Noble        622034

Control:06-22-2005|09:46:28|000660063  4|

5th ...5th ...5th ...5th ...5th ...5th ...5th ...5th ...5th ...5th ...5th ...

```
PREPARER   JESSICA PARKER
CHECK           PAY
NUMBER          TO                  AMOUNT
```

### COMMONWEALTH OF KENTUCKY
### FAYETTE CO/CIRCUIT CIVIL
### CIRCUIT CLERK

DATE: 06/22/05  
TIME: 08:48  

RECEIPT NUMBER  
1-0012193

*** COURT CASE ***

CASE/CIT NO: 05-CI-02740-

RECEIVED FROM: LEE VAN HORN

ACCOUNT OF:   S

PARTIAL PAYMT/BAIL BOND ( )  
(BOND FACE AMOUNT)  
(CHG FOR SRV)

| (C) CT TECH | (K) COL FOR OTHR | 10.00 |
|---|---|---|
|   | (Q) CIVIL FEES | 80.00 |
|   | (1) A.T.J. FEES | 20.00 |
|   | (L) LIBRARY FEES | 6.00 |
|   | (E) CT FACIL FEE | 25.00 |
|   | (W) CHG FOR SRV | 30.00 |

TOTAL:   171.00  
CASH:       .00  
CHECK:   171.00  

DIFF:       .00  ***

PREPARER  C. SERFINI, DEPUTY CLERK

CHECK NUMBER 1508   PAY TO              AMOUNT

| | | |
|---|---|---|
| AOC-105  Doc. Code: CI  Rev. 5-03  Page 1 of 1  Commonwealth of Kentucky  Court of Justice   www.kycourts.net  CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. 05-CI-2746  Court [X] Circuit [ ] District  County Fayette |

NORREASHA GILL

**PLAINTIFF**

VS.

CUMULUS MEDIA, INC.

FILED AND ENTERED
ATTEST, WILMA F. LYNCH, CLERK
JUN 28 2005
FAYETTE CIRCUIT CLERK
BY _____ DEPUTY

**DEFENDANT**

**Service of Process Agent for Defendant:**

CT CORPORATION SYSTEM,
KY. Home Life Building
Louisville, Ky. 40202

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by an attorney on your behalf and filed in the Clerk's Office within 20 days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: JUN 22 2005, 2____

WILMA F. LYNCH, CLERK
FAYETTE COUNTY
120 N. LIMESTONE STREET C103
LEXINGTON, KENTUCKY 40507 ____Clerk
By: _____ D.C.

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to _____
this ____ day of _____, 2____
of said Company, and being its chief officer or agent
found in this county at this time.

_____
SHERIFF, Jefferson County, KY. Title