UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
NO. 5:05-CV-288-JMH

Eastern District of Kentucky
F I L E D
SEP 1 3 2005
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

NORREASHA GILL                                                                PLAINTIFF

V.

## REPORT OF MEDIATION

CUMULUS MEDIA, INC.                                                        DEFENDANT

* * * * * * * *

This case was mediated on September 9, 2005, by Stephen L. Barker in Lexington, Kentucky. Present were the Plaintiff and her attorney and the Defendant, and its attorneys.

The mediation lasted for 5 hours and was successful in resolving all issues.

*[signature]*
STEPHEN L. BARKER, ESQ.
155 East Main Street
Lexington, Kentucky 40507
(859) 255-8581

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been delivered via United States Mail, postage prepaid, to the following on this the 13th day of September, 2005:

Lee Russell Van Horn, Esq.
201 West Short Street
206 Lexington Building
Lexington, KY 40507

Stephen G. Amato, Esq.
Douglas T. Logsdon, Esq.
McBrayer, McGinnis, Leslie
& Kirkland, PLLC
201 E. Main Street, Suite 1000
Lexington, KY 40507

*[signature]*
STEPHEN L. BARKER

g:\wp61\doc\slb\mediate\gill\report.doc