Eastern District of Kentucky
**FILED**
SEP 2 0 2005
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO. 5:05-288-JMH

NORREASHA GILL               PLAINTIFF

v.        **AGREED ORDER OF DISMISSAL**

CUMULUS MEDIA, INC.            DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

The parties being in agreement; and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the above-referenced matter be, and the same hereby is, **dismissed, with prejudice**, as settled; each party to bear their own costs and fees.

9/20/05

HON. JOSEPH M. HOOD
JUDGE, U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

HAVE SEEN; AGREED:

Hon. David T. Schur
DICKSTEIN, SHAPIRO, MORIN
   & OSHINSKY, LLP
2101 L Street, NW
Washington, D.C. 20037
(202) 775-4721

and

McBRAYER, McGINNIS, LESLIE
   & KIRKLAND, PLLC
201 East Main Street, Suite 1000
Lexington, Kentucky 40507
(859) 231-8780

BY: _____
STEPHEN G. AMATO
ATTORNEYS FOR DEFENDANT

*/s/ Lee Van Horn*

LEE VAN HORN
201 West Short Street, Suite 210
Lexington, Kentucky 40507
(859) 254-7730
ATTORNEY FOR PLAINTIFF

COPIES TO:

Hon. Stephen G. Amato
Hon. David T. Schur
Hon. Lee Van Horn